**Order filed, November 08, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00831-CR

_____

**BARBI  DENISE  BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11CR1233**

## ORDER

The reporter's record in this case was due **October 21, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gail Jalufka**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM